**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Amanda Kneeream and David Henderson, Defendants,

Of whom David Henderson is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2017-000793

---

Appeal From Spartanburg County
Phillip K. Sinclair, Family Court Judge

---

Unpublished Opinion No. 2018-UP-054
Submitted January 8, 2018 – Filed January 30, 2018

---

**AFFIRMED**

---

Erick Matthew Barbare, of The Barbare Law Firm, of Greenville, for Appellant.

Deborah Murdock Gentry, of Murdock Law Firm, LLC, of Mauldin, for Respondent.

Jacqueline Alicia Moss, of the Law Firm of Jacqueline Moss, of Spartanburg, for the Guardian ad Litem.

———————————

**PER CURIAM:**  David Henderson appeals the family court's final order terminating his parental rights to two of his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Henderson's counsel.

**AFFIRMED.**[1]

**WILLIAMS, THOMAS, and MCDONALD, JJ., concur.**

———————————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.